IN THE UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

**DONALD E. ROWLAND, JR.,**

    **PLAINTIFF**,

v.

**COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,**

    **DEFENDANT**.

Case No. CV16-2334-SI

**ORDER**

## ORDER

The Court, having considered Plaintiff's Motion for an award of attorney's fees made pursuant to 42 U.S.C. § 406(b), and upon all the supporting documents annexed thereto,

**IT IS ORDERED** that attorney's fees be granted in the amount of $28,898.38, which represents 25% of the retroactive benefits awarded to Plaintiff, pursuant to 42 U.S.C. § 406(b), and that such fees be paid to primary counsel for Plaintiff, Charles E. Binder. Upon receipt of this sum, counsel for Plaintiff is directed to remit $4,543.42 to Plaintiff, which represents the fees previously awarded in this case under the Equal Access to Justice Act.

Entered: April 22, 2019

/s/ Michael H. Simon
Michael H. Simon
United States District Judge